# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| OR-45 | 9233763 | Ortiz | 640 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 6/14/2025 1440
Offense Charged: ☒ CFR ☐ USC ☐ State Code — 41 CFR 102-74.380(B)
Place of Offense: Immigration & Customs Enforcement 4310 SW Macadam Ave Portland, OR 97239

Offense Description: Factual Basis for Charge — HAZMAT ☐
Willfully destroying/damaging property

### DEFENDANT INFORMATION

Last Name: Williams
First Name: Zachery
M.I.: L

[Street Address and other defendant information redacted]

### APPEARANCE IS REQUIRED
A ☐ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 500 Forfeiture Amount
+ $30 Processing Fee
$ 530 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 
Date: 
Time:

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

*9233763*

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 6/14, 20 25 while exercising my duties as a law enforcement officer in the _____ District of Oregon

See PC Statement

The foregoing statement is based upon:
☒ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 6/14/2025    Officer's Signature: [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident